**Order entered June 3, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00312-CV

## IN RE DAVID BARNES, Relator

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-11126**

## ORDER
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We also **GRANT** relator's motion to seal court records and direct the Clerk of the Court to place relator's petition for writ of mandamus and the accompanying mandamus record under seal.

/s/    LANA MYERS
        JUSTICE